AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

11 AUG 17 PM 2: 47

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

STEVEN DEWEY KENNY,        )
                           )
         *Plaintiff*       )
                           )
            v.             )   Civil Action No. 8:11-CV-1857-T-30TBM
                           )
NATIONAL PATIENT ACCOUNT SERVICES, INC., )
RAULERSON PRIMARY CARE, LLC,           )
                           )
        *Defendant*        )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NATIONAL PATIENT ACCOUNT SERVICES, INC.
                                      ATTN: LEGAL DEPARTMENT
                                      2700 BLANKENBAKER PARKWAY
                                      LOUISVILLE, KY 40299

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alex D. Weisberg
                                        Weisberg & Meyers, LLC
                                        5722 S. Flamingo Road, #656
                                        Cooper City, FL 33330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 17 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:11-CV-1857-T-30TBM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NATIONAL PATIENT ACCOUNT SERVICES, INC.
was received by me on *(date)* 9·6·11 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Patrick Dowdle , who is designated by law to accept service of process on behalf of *(name of organization)* National Patient Account Services on *(date)* 9·6·11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9·6·11

_____
Server's signature

Brian Carrier
Printed name and title

6705 Cub Court, Lou, Ky
Server's address

Additional information regarding attempted service, etc: